# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **ALABAMA SPACE SCIENCE EXHIBIT COMMISSION d/b/a U.S. SPACE & ROCKET CENTER,** ) ) ) ) | |
| **Plaintiff,** ) ) | |
| v. ) ) | Case No. _____ |
| **MARKEL AMERICAN INSURANCE COMPANY,** ) ) ) ) | |
| **Defendant.** ) | |

## NOTICE OF REMOVAL

TO:  Hallman B. Eady
BRADLEY ARANT BOULT CUMMINGS LLP
One Federal Place
1819 5th Avenue North
Birmingham, AL 35203-2104
T: (205) 521-8000
F: (205) 521-8800
heady@bradley.com

Daniel Kaufman
BRADLEY ARANT BOULT CUMMINGS LLP
200 Clinton Avenue West, Suite 900
Huntsville, AL 35801-4900
T: (256) 517-5100
F: (256) 517-5200
dkaufman@bradley.com

Kate Margolis
BRADLEY ARANT BOULT CUMMINGS LLP
188 East Capitol Street, Suite 1000
Jackson, MS 39201
T: (601) 948-8000
F: (601) 948-3000
kmargolis@bradley.com
*Attorneys for Alabama Space Science Exhibit Commission d/b/a U.S. Space & Rocket Center*

Debra Kizer, Clerk
Circuit Court of Madison County, Alabama
100 Northside Square, Room 217
Huntsville, Alabama 35801

Formerly Madison County, Alabama Circuit Court
Case No.: CV-2019-900567

Defendant Markel American Insurance Company ("Markel"), pursuant to 28 U.S.C. §§ 1332, 1367, 1441, and 1446, gives notice of the removal of this cause of action from the Circuit Court of Madison County, Alabama, to this Honorable Court, and as grounds therefore states as follows:

1. Plaintiff Alabama Space Science Exhibit Commission d/b/a U.S. Space & Rocket Center (hereinafter "ASSEC") originally filed this lawsuit on March 20, 2019, in the Circuit Court of Madison County, Alabama, case number CV-2019-900567. ASSEC named Markel as a defendant.

2. Markel was served on March 20, 2019, with a copy of Summons and the Complaint.

2

3. This Notice of Removal is filed within 30 days of the date of service of the Summons and Complaint. Therefore, this notice of removal has been filed within the time allowed under law under 28 U.S.C. § 1446(b), as amended on January 6, 2012. *See* 28 U.S.C. § 1446(b); FED. R. CIV. P. 6(a).

4. Pursuant to 28 U.S.C. §1446(d), Markel has this day, served a copy of this Notice by mail on ASSEC and by mail on the Clerk of the Circuit Court of Madison County, Alabama.

5. The documents attached hereto as Exhibit 1 constitute a copy of the Circuit Court's file, including the process, pleadings, discovery and, orders served upon Markel in this action.

6. Venue is proper in this court for purposes of removal under 28 U.S.C. § 1441(a). By filing this Notice of Removal, Markel does not waive any of its jurisdictional objections or affirmative defenses.

## **DIVERSITY JURISDICTION**

7. This removal is based on diversity jurisdiction. 28 U.S.C. § 1332.

8. To confer diversity jurisdiction, the amount in controversy between the parties must exceed the sum or value of $75,000, exclusive of interest and costs, and the action must be brought "between citizens of different States." 28 U.S.C. §1332(a)(1).

A.     **The Amount In Controversy Exceeds $75,000**

9.     According to the Complaint, ASSEC claims damages for Breach of Duty to Defend (Count 1), Breach of Duty to Indemnify (Count 2), and Bad Faith Claims Handling and Bad Faith Refusal to Defend and Indemnify (Count 3) and seeks indemnification from Markel for the $1,365,582 arbitration award, attorney's fees, costs, punitive damages, and pre- and post-judgment interest (*See* Compl. at ¶¶ 18, 20. *See also* Exh. E to the Compl.). ASSEC claims their defense costs exceed $300,000. (*See* Compl. at ¶ 18. *See also* Exh. D to Compl. at p. 4).

10.    As a result, it is apparent on the face of the Complaint that the amount in controversy exceeds $75,000, exclusive of interest and costs, and that the jurisdictional prerequisite is satisfied. *Dart Cherokee Basin Operating Co., LLC v. Owens*, 135 S. Ct. 547, 554 (2014) ("If the plaintiff's complaint, filed in the state court, demands monetary relief of a stated sum, that sum, if asserted in good faith, is 'deemed to be the amount in controversy.'").

B.     **ASSEC Is Completely Diverse From Markel**

11.    "ASSEC is an agency of the State of Alabama with its principal place of business in Huntsville, Alabama." (Complaint at ¶ 1).

12.    "Markel is a foreign insurance company. . . ." (Complaint at ¶ 2). More specifically, Markel is incorporated in the State of Virginia and its principal place of business is in Glen Allen, Virginia. Thus, it is deemed a citizen of both

states. 28 U.S.C. § 1332(c)(1) ("a corporation shall be deemed to be a citizen of every State and foreign state by which it has been incorporated and of the State or foreign state where it has a principal place of business."). *See also Hertz Corp. v. Friend*, 559 U.S. 77, 92-93 (2010).

13. Because the state of citizenship of ASSEC is completely diverse from Markel, complete diversity exists.

                                        RESPECTFULLY SUBMITTED,

DATED: April 18, 2019           */s/ F. Lane Finch, Jr.*
                                F. LANE FINCH, JR.
                                (ASB-0027-I58F)
                                BRIAN C. RICHARDSON
                                (ASB-5241-H14U)
                                *Attorneys for Markel American Insurance Company*

**OF COUNSEL:**
**SWIFT, CURRIE, MCGHEE & HIERS, LLP**
2 North 20th Street, Suite 1405
Birmingham, AL 35203
T: (205) 314-2401
F: (205) 244-1373
lane.finch@swiftcurrie.com
brian.richardson@swiftcurrie.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 18, 2019, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notification of filing to all counsel of record, and mailed the foregoing by U.S. Mail, postage prepaid and properly addressed, to the following:

Hallman Eady
BRADLEY ARANT BOULT CUMMINGS LLP
One Federal Place
1819 5th Avenue North
Birmingham, AL 35203-2104

Daniel Kaufman
BRADLEY ARANT BOULT CUMMINGS LLP
200 Clinton Avenue West, Suite 900
Huntsville, AL 35801-4900

Kate Margolis
BRADLEY ARANT BOULT CUMMINGS LLP
188 East Capitol Street, Suite 1000
Jackson, MS 39201
*Attorneys for Alabama Space Science Exhibit Commission d/b/a U.S. Space & Rocket Center*

Debra Kizer, Clerk
Circuit Court of Madison County, Alabama
100 Northside Square, Room 217
Huntsville, Alabama 35801

                                          */s/ F. Lane Finch, Jr.*
                                          OF COUNSEL

3969591v.1